**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA :
:
:
: Violation # ~~9226916, 7, 8 7~~ &
: **9150662,** ~~3~~
v. :
:
JUAN F. SAUCEDA, :
:
:
Defendant :

FILED
HARRISBURG, PA
JUN 17 2026
PER K.N.
DEPUTY CLERK

**PLEA**

AND NOW, this 17th day of June, 2026, the within named defendant, hereby enters a plea of Guilty to the above Violation(s).

______________________
(Defendant's Signature)

______________________
(Defense Counsel)